

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00270-CV

ITHACA INVESTMENTS, LTD., Appellant

V.

USRC CENTRAL TEXAS, LTD. AND BOB ALLEN EHL, Appellees

Appeal from the 285th District Court of Bexar County.   (Tr. Ct. No. 2012-CI-06699).

**TO THE 285TH DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before this Court, on the 10th day of February 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on December 16, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that the appellant, Ithaca Investments, Ltd., pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered February 10, 2015.

Panel consists of Chief Justice Radack and Justices Bland and Huddle. Opinion delivered by Justice Bland.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

April 24, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

